CCA #    07-11-00202-CR

OFFENSE:    Aggravated Assault

STYLE:    Joshua Cobbs v. The State of Texas

PUNISHMENT:    60 Years TDCJ

COUNTY:    Lubbock

TRIAL COURT:    137th District Court

TRIAL COURT #:    2010-428,786

MOTION

FOR REHEARING IS:

TRIAL COURT JUDGE:    Honorable John J. "Trey" McClendon

DATE:

DISPOSITION:    AFFIRMED

JUDGE:

DATE:    07/18/2012

JUSTICE:    Patrick A. Pirtle          PC    NO    S    YES

PUBLISH:    NO          DNP:    YES

CLK RECORD:    05/31/2011

SUPP CLK RECORD:

RPT RECORD:    06/24/2011

SUPP RPT RECORD:

STATE BR:    09/23/2011

SUPP BR:

APP BR:    08/16/2011

PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

CCA # _____

_____ PRO SE _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: __ 06/17/2015 __

JUDGE: __ Per Curiam __

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____

Vol. 1 of 2